FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

PD-0070-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/16/2015 6:02:21 PM
Accepted 7/17/2015 8:27:33 AM
ABEL ACOSTA
CLERK

No. PD-0070-15

In the

# Court of Criminal Appeals

## Of the State of Texas

---

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PDR BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Donald Lynn Ramsey, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 242nd Judicial District Court of Swisher County, Texas.

2. The case below was styled the STATE OF TEXAS vs. DONALD LYNN RAMSEY, and numbered B-4502-13-07.

3. Appellant was convicted of Forgery, as a Felony offense.

4. Appellant was assessed a sentence of five (6) years confinement in the Institutional Division of TDCJ.

5. Written Notice of appeal was given on June 30, 2014.

6. The clerk's record was filed on August 25, 2014; the reporter's record was filed on August 25, 2014.

7. The ruling of the Trial Court was overturned by the Seventh Court of Appeals by a Memorandum Opinion on December 17, 2014.

8. The State filed for a Petition for Discretionary Review on January 29, 2105.

9. PDR was granted on May 13, 2015.

10. State's Brief on the Merits for the PDR was filed on June 15, 2015.

11. The Defense Brief on the Merits is presently due as of July 15, 2015.

12. Appellant requests an extension of time of 2 days to complete the required Appellant's Brief.

13. Appellant's Brief on the Merits is being filed contemporaneously with this motion as required by this Honorable Court's notice.

9. No previous extension to file this brief has been filed.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

*Troy Bollinger was appointed to represent the Appellant in the present case. Appellant's needed a brief additional time to directly correlate issues and facts to State's contentions.*

*Defense Brief is done and being filed today.*

*Appellant's has received all the materials needed for the appeal and has resolved all issues satisfactorily. Movant requests an extension only to allow this Honorable Court to receive the work already completed.*

12. This request is made not for the purpose of delay, but to see that justice is done.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other as the Court may deem appropriate.

Respectfully submitted,

By: */s/ TROY BOLLINGER*

Troy Bollinger

State Bar ID Number: 24025819
600 Ash Street
Plainview, TX, 79072
Telephone: 806-293-2618
Facsimile: 806-293-8802
troy@laneybollinger.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

Pursuant to **Tex. R. App. Pro. R. 9.5(a) & (e) and 68.11**, I certify that on or before July 17, 2015, Appellate Counsel served a copy of the attached document to the District Attorney's Office for Swisher County and the State's Assistant Prosecuting Attorney, and mailed a copy to Appellant, Donald Ramsey.

*/s/ Troy Bollinger* .

*TROY BOLLINGER*
*Counsel for the Appellant*